1  Paul D. Woodard, Bar No. 282470
   Marc S. Schechter, Bar No. 116190
2  Corey F. Schechter, Bar No. 279964
   BUTTERFIELD SCHECHTER LLP
3  10021 Willow Creek Road, Suite 200
   San Diego, California 92131-1603
4  (858)444-2300/FAX (858)444-2345
   pwoodard@bsllp.com
5  mschechter@bsllp.com
   cfs@bsllp.com
6
7  Attorneys for Plaintiffs Larry Gliko and Gliko
   Contracting & Estimating, Inc.

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY GLIKO, an individual, and GLIKO CONTRACTING & ESTIMATING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD SNYDER, an individual; BENEFIT STRATEGIES GROUP, LLC, a Utah limited liability company; ALVIN PENRY, an individual; CORPORATE BENEFIT SYSTEMS, INC., a California corporation; FORETHOUGHT LIFE INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants. | CASE NO. 8:22-cv-00145 DOC (KESx)<br><br>Assigned For All Purposes To:<br>Judge: Hon. David O Carter<br>Magistrate Judge: Hon. Karen E. Scott<br><br>**STIPULATION OF DISMISSAL ONLY AS TO DEFENDANT CORPORATE BENEFIT SYSTEMS, INC. WITH PREJUDICE**<br><br>FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>Complaint Filed: January 25, 2022<br>Trial Date: None set |

{00452593.DOCX /}

1

STIPULATION OF DISMISSAL ONLY AS TO DEFENDANT      Case No. 8:22-cv-00145 DOC
CORPORATE BENEFIT SYSTEMS, INC. WITH PREJUDICE     (KESx)

WHEREAS Plaintiffs Larry Gliko and Gliko Contracting & Estimating, Inc. and Defendant Corporate Benefit Systems, Inc. have mutually resolved the claims in the above-titled matter.

NOW THEREFORE, IT IS HEREBY stipulated that the case be dismissed in its entirety WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: May 2, 2023     BUTTERFIELD SCHECHTER LLP

By: /s/Paul D. Woodard
PAUL D. WOODARD
MARC S. SCHECHTER
COREY F. SCHECHTER
Attorneys for Plaintiffs
Larry Gliko and Gliko Contracting & Estimating, Inc.

DATED: May 2, 2023     LAW OFFICES OF JOSEPH M. ALIBERTI

By: /s/Joseph M. Aliberti (with permission)
JOSEPH M. ALIBERTI
Attorney for Defendant
Corporate Benefit Systems, Inc.

DATED: May 2, 2023     WOOD, SMITH, HENNING & BERMAN LLP

By: /s/Anthony Ortiz (with permission)
ALICIA KENNON
REBECCA M. GABROY
ANTHONY S. ORTIZ
Attorneys for Defendant
Alvin Penry

DATED: April 20, 2023     By: /s/Ronald Snyder (with permission)
RONALD SNYDER
Defendant in Pro Per

/./././
/./././
/./././
/./././
/./././

1  I attest that all other signatories listed, and on whose behalf the filing is
2  submitted, concur in the filing's content and have authorized the filing.
3  DATED: May 2, 2023                BUTTERFIELD SCHECHTER LLP

By: /s/Paul D. Woodard
PAUL D. WOODARD
MARC S. SCHECHTER
COREY F. SCHECHTER
Attorneys for Plaintiffs
Larry Gliko and Gliko Contracting & Estimating, Inc.